NUMBER 13-03-765-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JOHN E. CHAVES AND NANCY CHAVEZ,                          Appellants,

v.

STEVEN ALLEN FOSTER, HUBERT EARL FOSTER, 
AND THE GRASS COMPANY, INC.,                                    Appellees.
____________________________________________________________________

On appeal from the 319th District Court of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellants, JOHN E. CHAVES AND NANCY CHAVEZ, attempted to perfect an
appeal from an order entered by the 319th District Court of Nueces County, Texas,
in cause no. 96-4485-G. The clerk’s record was received on March 3, 2004. 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3,
notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within
ten days from the date of receipt of this notice, the appeal would be dismissed for
want of jurisdiction. Appellant filed a response to this Court’s notice on March 30,
2004. 
         The Court, having considered the documents on file and appellant’s response
to this Court’s notice, is of the opinion that the appeal should be dismissed for want
of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM

Opinion delivered and filed this
the 6th day of May, 2004.